# Exhibit 1



March 27, 2025

**MEMORANDUM FOR**   GREENE, BOBBIE MCDONALD

FROM:   Jeremy Lewin
PTDO Deputy Administrator and Chief Operating Officer
United States Agency for International Development

SUBJECT:   Specific Notice of Reduction in Force

This memorandum is to inform you that because your position and competitive area are being abolished pursuant to a liquidation under 5 CFR 351.605, you will be separated from the Federal service. The liquidation will be effective by September 2, 2025. This RIF action is necessary to restructure USAID's operations to better reflect Agency priorities and the foreign policy priorities of the United States.

**PLEASE NOTE THAT IF YOU HAVE PREVIOUSLY RECEIVED A RIF NOTICE, this specific Notice of Reduction in Force supersedes that notice and your separation will be processed according to this notice.**

This is your specific notice of how this RIF will affect you. Your competitive area is being abolished pursuant to a liquidation. You will be released from your competitive level and, based on your retention standing, you do not have an assignment right to another position in the competitive area. Consequently, you will be separated from the Federal service effective July 1, 2025.
You will continue in your present position during this specific notice period. This RIF was conducted at the direction of USAID leadership. Retention registers list employees in retention standing order based on civil service tenure, veteran's preference, length of Federal service, and performance ratings. The following information is currently reflected in USAID official files, and will be used to determine your retention standing, if applicable:

    Competitive Area:   Office of the Administrator

    Type of Service:   EXCEPTED SERVICE

    Position Title, Series, Grade:   DEIA TRAINING AND OUTREACH ADVISOR, 0301, 15

    Competitive Level:   2975

    Tenure Group and Subgroup:   Group 2, B

    Service Computation Date (SCD):   January 17, 2023

Three Most Recent Performance Ratings received during the last 3 years:

    5

    N/A

    N/A

Adjusted SCD: January 17, 2003

NOTE: The adjusted RIF SCD includes all creditable military and civilian service and is adjusted with additional credit for performance ratings.

**Please contact hr-helpdesk@usaid.gov or submit a ticket through LaunchPad immediately, but no later than within five days of the receipt of this letter, if you believe any of the above information is incorrect. Corrections to your information will not impact your separation date but could change your eligibility for retirement, severance, or other benefits so it is important you review your information and engage with the USAID Office of Human Capital Talent Management (HCTM).**

You may be eligible for severance pay. The OPM RIF Benefits Guide has general information about leave and benefit entitlements. This resource provides guidance on grade and pay retention, repromotion consideration, severance pay, leave and unemployment compensation.

An estimate of your severance pay can be calculated by using the worksheet at this link: Severance Pay Estimation Worksheet.

Based on your age and years of service, you may also be eligible for an immediate annuity either through involuntary discontinued service or voluntary optional retirement. There are differences between these two types of retirement, especially if you are reemployed in the Federal service.  Please contact the HR help desk to discuss these differences and their potential impact.

**If you are eligible for an immediate annuity, you are not eligible for severance pay.**

Either way, you are eligible for placement assistance under the Agency Career Transition Assistance Program (CTAP) which provides:

- Special selection priority to other Agency offices within the commuting area,
- Registration on the Agency Reemployment Priority List (RPL); and
- Information about special selection priority under the Interagency CTAP.

If you are not entitled to retirement and elect to resign on or before the RIF effective date of July 1, 2025, your separation will be considered involuntary for the purposes of severance pay. Please be advised that you may affect your eligibility for Federal reemployment/placement assistance programs and/or your appeal rights if you resign. You are strongly encouraged to contact the HRO for information if you are considering resigning during this specific notice period.

This action is being taken under the civil service RIF regulations and procedures. HCTM maintains the retention registers, RIF regulations, and records affecting your action. You may contact the HR help desk to review this material or to receive benefits information.

If you believe that your retention rights were violated, you may appeal the RIF action to the Merit Systems Protection Board (MSPB), Washington DC office. Your appeal must be in writing and must be filed during the 30-day period beginning the day after the effective date of the RIF action. If your appeal is not filed within this 30-calendar day limit, it may be dismissed as untimely filed, unless you can show good cause for the delay.

For more information on filing an appeal, you may review the MSPB appeal form and the MSPB appeal regulations.

This RIF action does not reflect on your service, performance, or conduct. It is being taken solely for the reason stated.

Attached is additional supporting information, as well as an Acknowledgement of Receipt. Please kindly complete and transmit the Acknowledgement of Receipt to **hr-helpdesk@usaid.gov** at your earliest convenience.

Sincerely,

Jeremy Lewin
PTDO Deputy Administrator and Chief Operating Officer
United States Agency for International Development