**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BOBBIE GREENE, *et al.*,

*Plaintiffs*,

v.

UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT, *et al.*,

*Defendants*.

Civil Action No. 25-4217 (SLS)
Judge Sparkle L. Sooknanan

# ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 16, the Court **GRANTS** the Defendants' Motion to Dismiss, ECF No. 11. The Court **ORDERS** that the Plaintiffs' Complaint is dismissed. The Court directs the Clerk of Court to terminate this case from the active docket. This is an appealable final order.

**SO ORDERED.**

SPARKLE L. SOOKNANAN
United States District Judge

Date: November 6, 2026